PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

## IN THE UNITED STATES DISTRICT COURT

### FOR THE  Eastern  DISTRICT OF TEXAS

### Tyler  DIVISION

### PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| Larry Donnell Boswell Jr. | Michael Unit TDCJ-ID |
| PETITIONER | CURRENT PLACE OF CONFINEMENT |
| (Full name of Petitioner) | |
| vs. | 02011634 |
| | PRISONER ID NUMBER |
| Warden Townsend | 6:23cv136 JCB/JDL |
| RESPONDENT | CASE NUMBER |
| (Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner) | (Supplied by the District Court Clerk) |

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.  Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.  Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.  Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.  Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check <u>all</u> that apply)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- [ ] A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- [ ] A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- [ ] Other: _____ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
**Note:** In answering questions 1-4, you must give information about <u>the conviction for the sentence you are presently serving</u>, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.  Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: __27th Judicial District Bell, County__

2.  Date of judgment of conviction: __June 11, 2015__

3.  Length of sentence: __Life w/o Parole__

4.  Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: __72804__

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)   ☒ Not Guilty   ☐ Guilty   ☐ Nolo Contendere

6. Kind of trial: (Check one)   ☒ Jury   ☐ Judge Only

7. Did you testify at trial?   ☐ Yes   ☒ No

8. Did you appeal the judgment of conviction?   ☒ Yes   ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? <u>3rd Court of Appeals</u>   Cause Number (if known): <u>03-15-00540-CR</u>

   What was the result of your direct appeal (affirmed, modified or reversed)? <u>Affirmed</u>

   What was the date of that decision? <u>July 7, 2017</u>

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: <u>Exteraneous Offense Evidence, Brady, Due Process violations</u>

   Result: <u>No action taken</u>

   Date of result: <u>April 27, 2018</u>   Cause Number (if known): <u>72804</u>

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: _____

   Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☒ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: <u>Court of Criminal Appeals</u>

    Nature of proceeding: <u>Habeas Corpus</u>

    Cause number (if known): <u>72804</u>

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: May 23, 2022

Grounds raised: Plea Advice, Failure to file discovery, Inconsistant Testimony by state's witness, Sufficiency of Evidence, ect...

Date of final decision: November 16, 2022

What was the decision? Denial w/o Written Order

Name of court that issued the final decision: Court of Criminal Appeals

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court:

_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12.  Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☒ No

   (a)  If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

   _____

   (b)  Give the date and length of the sentence to be served in the future: _____

   _____

-4-

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?  ☐ Yes  ☑ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?  ☐ Yes  ☐ No

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?
    ☐ Yes  ☑ No

16. Are you eligible for release on mandatory supervision?  ☐ Yes  ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

    Disciplinary case number: _____

    What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time days?  ☐ Yes  ☐ No

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status:
    _____
    _____
    _____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
    ☐ Yes  ☐ No

    If your answer to Question 19 is "Yes," answer the following:

    <u>Step 1</u> Result: _____

Date of Result: _____

Step 2  Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** Presenting false evidence, Lack of personal knowledge

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During direct examination of state's witness Paul Sterling, the petitioner was whom according to Mr. Sterling who had solicited him to commit the robbery. During cross examination it was discovered by Mr. Sterling's own testimony that the petitioner was never mentioned in Mr. Sterling's testimony nor was Mr. Sterling present during planning. The prosecution knew or should have known this was false due to him being their witness having his statement (See Court record pg 5-60-5-87)

B. **GROUND TWO:** Error in Law of party Jury instruction (See charge to the jury)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was linked as a party to in his conviction. There were no actual overt acts commited by petitioner showing an affirmative link to him and the offense. Nor were there any stand alone pieces of evidence stating or showing participation before, during, or after the offense. The link is wrongfully applied to the petitioner leading ultimately to his conviction.

-6-

Date of Result: _____

Step 2  Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** Jury misdirected by Jury charge/failure to instruct / Accomplice mischaracterizations             (see reading of Jury Charge Trial record)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During composition and editing of the jury charge. Trial counsel objected to state's witness Paul Sterling being classified as a non accomplice witness. The prosecution disagreed with and out an instruction for the jury to decide on Sterling's status. This allowed Sterling to bolster testimony of accomplice witness Daniel Carroll, making the corroboration the state needed to use testimony as evidence, to convict.

B. **GROUND TWO:** Insufficient Evidence for conviction. Essential element missing/ Accomplice witness testimony no stand alone evidence/ Equal Protection

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsel made multiple reference to the wording of jury charge shifting the burden of proof as well as lessining the mental state to charge murder. Also in the belief of the petitioner there was no evidence linking him to crime to transfer the intent of the primary actor to him. As well as without corroborating evidence the verdict is contrary to law and evidence.

-6-

Date of Result: _____

2   Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

A. **GROUND ONE:** Counsel Provided advice that caused Prejudice
   (See 4.07 exhibits)

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   Trial counsel recieved a plea offer from prosecution of 20 years for robbery instead of capital murder on 6-15, in exchange for a guilty plea. Trial counsel never fully explained plea offer. Plea offer was re-offered during voir dire, in the form of a written note (see habeas exhibits) which was petitioner's first notice of plea offer. Trial counsel advised petitioner to decline plea offer due to lack of elements to prove murder. Petitioner was convicted and sentenced to life w/o Parole.

B. **GROUND TWO:** Counsel failed in discovery process / Failure to fully investigate
   (See Motion for new Trial)

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   After the completion of trial proceedings, trial counsel Zachery Boyd filed a motion for new trial based on evidence disclosed by an outside party. During hearing for motion for new trial, Trial counsel was call to testify for the state. Trial counsel was ultimately questioned about as to if he had properly investigated to locate the discovery in question to which trial counsel stated no motion for discovery was found. The motion was denied.

Date of Result: _____

Step 2   Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** Failure of Counsel to fully prepare a defence, Failure to fully investigate, Failure during discovery process (Ineffective Assistance of Counsel)(MTN PG 4)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

It was discovered by trial counsel that Expert testifying witness John Bowman had committed an error that upon discovery trial counsel could use to possibly disqualify him and his testimony. During a motion for new trial trial counsel was called to testify to the origin of this newly discovered evidence. After examination it was affirmed by trial counsel that no discovery was filed for so trial counsel had no Brady Claim which would have uncovered the evidence.

B. **GROUND TWO:** Prosecutional Misconduct knowing presentation of false evidence

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

States witness Paul Sterling during direct examination stated the Petitioner solicited him to commit a robbery. Sterling stated the same during cross examination. However when probed further Sterling stated he was not present during the actual solicitation or planning nor did the petitioner solicit him. Being Sterling was a witness for the prosecution, his statement was well known by the prosecution which should have ended and impeached Sterling when they saw the testimony did not match the charge. Being that did not happen the questionable evidence was introduced and petitioner was convicted on the false evidence.

C. **GROUND THREE:** Failure to impeach / Witness lacked personal knowledge. (Ineffective assistance of Counsel) Inconsistent statement not impeached (See Court record) (pg. 5.086 - 5.088)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During cross-examination trial counsel discovered an inconsistency of Witness Paul Sterling's testimony. Sterling had previously testified that the petitioner had solicited him and others to commit a robbery. During cross examination Sterling stated he was not present during alledged planning nor did he hear Petitioner solicit anyone. Counsel alluded that statement was not in witness original statement yet never produced the statement to discredit the testimony.

D. **GROUND FOUR:** Failure to fully explain Plea offer, Outcome of plea would be different. Plea offer not communicated properly / Bad advice Misinformed of Sentence exposure.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During pretrial Trial Counsel conferred with the state and negotiated a plea offer of 20 years for robbery and in exchange for a guilty plea on 06/15. Trial counsel (See 11 of exhibits) did not discuss any knowledge of a plea offer until after the state on a note piece of paper offer a plea with no stimulate, year amount on it. To which trial counsel instructed petitioner to decline offer due to lack of evidence. Petitioner declined and was sentenced to Life, more then the original plea of 20 years that could not be considered a full explaination by a note without Time limit.

21. Relief sought in this petition: _____

-7-

C. **GROUND THREE:** Brady extends to impeachment evidence.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
States witness John Bowman conducted the initial investigation as well as testified in the trial of the petitioner. Evidence pertaining to the suspension and early retirement of John Bowman was discovered after the completion of the trial on the merits. Petitioner believes this evidence could have been used to challenge the veracity for Mr. Bowman to tell the truth.

D. **GROUND FOUR:** Ineffective Assistance of counsel Failure to impeach false testimony

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
During cross examination of states witness Paul Sterling trial counsel discovered Paul Sterling's testimony conflicted from his original statement that omitted Petitioner. Trial counsel failed to introduce Sterling's original statement showing that Sterling never mentioned Petitioner or being present during planning of robbery. This failure impacted greatly due to the gravity of the statement (See CR 5-61-87

21. Relief sought in this petition: _____

C. **GROUND THREE:** Due Process violation use of False Testimony.

(See Court record 5-61-5-87)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was convicted as a party to of capital murder based on testimony from states witness Paul Sterling. It was discovered during cross examination that Mr Sterling did not and could not have knowledge of what he testified to due to not being present. Mr. Sterling also made the statement he never heard petitioner Petitioner plan or solicit for a robbery. Being a state witness prosecution should have been aware of this false testimony

D. **GROUND FOUR:** Jury Charge Error Mischaracterized Witness Due Process Violation

(See drafting of Jury charge)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During the draft of the jury charge trial counsel called into question the status of states witness Paul Sterling pertaining to his involvement in the robbery. Trial counsel proposed he be classified as an accomplice witness. The trial Judge denied this request and classified him as a non-accomplice witness. Without allowing the jury to look into the details to ascertain whether he should be classified as an accomplice which allowed Sterling to testify with no instruction.

21. Relief sought in this petition: Petitioner is requesting the Honorable court look into the grounds and order an evidentiary hearing to see the prejudice to the Petitioner. Also the petitioner is seeking reverse and remand of the sentence and conviction in which he is confined. Finally Petitioner is seeking remand back to the pretrial stage to proceed under the plea offer of 20 years for the charge of robbery. (See written Plea Agreement 06-04-2015)

-7-

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?   ☐ Yes   ☒ No
If your answer is "Yes," give the date on which <u>each</u> petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☐ Yes   ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☐ Yes   ☒ No

If your answer is "Yes," state <u>briefly</u> what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____

_____

_____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

_____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a)   At preliminary hearing: _Robert Harris_____

   (b)   At arraignment and plea: _Robert Harris_____

   (c)   At trial: _Robert Harris_____

   (d)   At sentencing: _Robert Harris_____

   (e)   On appeal: _Erika Copeland_____

   (f)   In any post-conviction proceeding: _N/A_____

-8-

(g)   On appeal from any ruling against you in a post-conviction proceeding: _____

_____N/A_____

**Timeliness of Petition:**

26.   If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

_____

_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

_____ (month, day, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner (<u>required</u>)

Petitioner's <u>current</u> address: 2664 FM 2054, Tennessee Colony TX. 75884

---

–10–